# Third District Court of Appeal
## State of Florida

Opinion filed July 19, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-375
Lower Tribunal No. 19-22194
_____

**Emmanuel Pacin,**
Appellant,

vs.

**Nicole Granja,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Stacy D. Glick, Judge.

Rhonda F. Goodman, P.A., and Rhonda F. Goodman, for appellant.

Abramowitz and Associates, and Jordan B. Abramowitz, for appellee.


Before LOGUE, C.J., and MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed.